```
                                                    F I L E D
                                                 IN CLERK'S OFFICE
                                              U.S. DISTRICT COURT E.D.N.Y.

                                               ★   NOV 05 2020   ★
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

LONG ISLAND OFFICE

MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,

Plaintiffs,

-against-

SPECIALIZED BICYCLE COMPONENTS, INC.,

Defendant.

Case No. 2:20-cv-04113

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Forest Hills, New York
         November 4, 2020

Respectfully submitted,

By: /s/Jonathan Shalom
Jonathan Shalom, Esq.
SHALOM LAW, PLLC.
Phone: (718) 971-9474
Email: Jonathan@ShalomLawNY.com
*Attorneys for Plaintiff*

Dated: 11/5/2020
So Ordered. The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.